IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Elizabeth G. Thomas,               ) | |
| ) | C.A. No. 7:05-1323-HMH |
| Plaintiff,         ) | |
| ) | |
| vs.                              ) | **ORDER** |
| ) | |
| George Ira Johnson, Jr.,        ) | |
| ) | |
| Defendant.        ) | |

To:   Patrick Eugene Knie, Attorney(s) for Plaintiff(s)
      Theodore David Rheney, Attorney(s) for Defendant(s)

The Court is informed that you have failed to file a Rule 26(f) Report and answers to Local Rule 26.03 Interrogatories pursuant to the court's June 2, 2005, Conference and Scheduling Order ("June Order"). You are directed to comply with the June Order before August 9, 2005.

Failure to comply with the June Order could result in the imposition of sanctions, both monetary and dismissal of all causes of action and/or all defenses.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 29, 2005